**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 99-60348**
**Summary Calendar**

---

**QUINTIN L. MILTON**

**Plaintiff-Appellant,**

**versus**

**JACKSON PUBLIC SCHOOL DISTRICT**

**Defendant-Appellee.**

---

**Appeal from the United States District Court**
**for the Southern District of Mississippi, Jackson Division**
**District Court No. 3:98-CV-467**

---

June 8, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Quintin Milton sued his former employer, the Jackson Public School District, alleging he was discharged based on his national origin in violation of Title VII, 42 U.S.C.A. §2000e et seq., and 42 U.S.C.A. §1981. Milton also asserted state law claims of negligent and intentional infliction of emotional distress. The district court granted summary judgment in favor of Jackson Public Schools with regard

---

        [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except for the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to Milton's federal discrimination claims and declined to exercise pendent jurisdiction over the remaining state law claims.

Having reviewed the parties' briefs, the district court's comprehensive opinion, and pertinent sections of the record, this Court agrees that Milton was neither able to establish a prima facie case of discrimination nor adduce sufficient evidence to support a reasonable inference that national origin was a determinative factor in his termination. This Court therefore affirms for essentially the same reasons stated by the district court.

**AFFIRMED.**